MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

KEVIN J. BARRY (CABN 229748)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7200
    Facsimile: (415) 436-7234
    Email: kevin.barry@usdoj.gov

Attorneys for Applicant

RS

FILED
2012 JAN 31 P 12: 44
WIEKING
COURT
ORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | N CR 12 0059 |
| Plaintiff, | |
| v. | **UNITED STATES' MOTION TO SEAL** |
| DERRICK LANE, | |
| Defendant. | |

The United States hereby moves the Court for an order sealing this Motion, the Indictment, the Sealing Order, and all other related documents until further order of the Court. The government requests that employees of the United States Attorney's Office and agents of the Federal Bureau of Investigation be allowed to obtain a copy of these materials.

//

//

//

//



The government believes that disclosure of the existence of those documents may jeopardize ongoing investigations.

DATED: January 31, 2012

Respectfully Submitted,

MELINDA HAAG
United States Attorney

KEVIN J. BARRY
Assistant United States Attorney

## ORDER

Based upon the motion of the government and for good cause shown, IT IS HEREBY ORDERED that the government's Motion, the Indictment, and this Sealing Order shall be sealed until further order of the Court. However, employees of the United States Attorney's Office and agents of the Federal Bureau of Investigation shall be allowed to obtain a copy of these materials.

DATED: 1-31-12

HON. JACQUELINE SCOTT CORLEY
United States Magistrate Judge

2