MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

KEVIN J. BARRY  (CABN 229748)
Assistant United States Attorney
   450 Golden Gate Ave., Box 36055
   San Francisco, California 94102
   Telephone:  (415) 436-7200
   Fax: (415) 436-7234
   E-Mail: kevin.barry@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 12-0059 RS |
| Plaintiff, | |
| v. | **STIPULATION AND [PROPOSED]** |
| | **ORDER EXCLUDING TIME** |
| DERRICK LANE, | |
| Defendant. | |

     On March 12, 2013, April 23, 2013, May 21, 2013, June 12, 2013, and June 25, 2013, the Court held status hearings in this matter.  At each hearing, the parties requested that time before the next hearing be excluded from any time limits applicable under 18 U.S.C. § 3161, for the purpose of effective preparation, such as counsel's review of discovery, including video evidence.  *See* 18 U.S.C. § 3161(h)(7)(B)(iv).  At each hearing, the Court granted those requests and made findings that the need for effective preparation of counsel provided good cause for the exclusion of time.

     The parties have agreed with those findings and ask the Court to memorialize those exclusions of time through the attached proposed Order.

STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME
CR 12-0059 RS

SO STIPULATED:

         MELINDA HAAG
         United States Attorney

DATED: July 9, 2013         /s/
         KEVIN J. BARRY
         Assistant United States Attorney

DATED: July 9, 2013         /s/
         JAI M. GOHEL
         Attorney for DERRICK LANE

## Attestation of Filer

In addition to myself, the other signatory to this document is Jai M. Gohel. I hereby certify that I have his permission to enter a conformed signature on his behalf and to file.

DATED: July 9, 2013         /s/
         KEVIN J. BARRY
         Assistant United States Attorney

## [PROPOSED] ORDER

For the reasons stated during the status hearings held on March 12, 2013, April 23, 2013, May 21, 2013, June 12, 2013, and June 25, 2013, the Court finds that exclusion from the time limits applicable under 18 U.S.C. § 3161 of the period from March 12, 2013 through July 9, 2013, is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §3161(h)(7)(A). The failure to grant the requested exclusion of time would deny counsel for the defendant and for the government the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, resulting in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(B)(iv).

IT IS SO ORDERED.

DATED: 7/9/13         _/s/ Richard Seeborg_
         HON. RICHARD SEEBORG
         United States District Judge