JAI M. GOHEL, CA SBN 170782
Attorney at Law
819 Eddy Street
San Francisco, California 94109
Telephone:  (415) 771-6174
Facsimile:   (415) 474-3748
Email: jaigohel@rocketmail.com

Attorney for Defendant
DERRICK LANE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

--oo0oo--

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.: CR 12-00059 RS |
| Plaintiff, | ) **STIPULATION AND [PROPOSED]** |
| vs. | ) **ORDER RE: ENLARGEMENT OF TIME** |
| | ) **FOR SENTENCING HEARING** |
| DERRICK LANE, | ) |
| Defendant. | ) |

Defendant DERRICK LANE is currently scheduled for sentencing on December 17, 2013.  Due to unavoidable delays in preparation of the pre sentence investigation report, the parties seek to continue the sentencing date to January 14, 2014 at 2:30 p.m.

IT IS SO STIPULATED

DATED:  December 12, 2013

___/s/ Jai M. Gohel_____
JAI  M. GOHEL
Attorney for Defendant
DERRICK LANE

DATED: December 12, 2013

                                                  MELINDA HAAG
                                                  United States Attorney

                                                  ___/s/ Kevin J.Barry_____
                                                  KEVIN J. BARRY
                                                  Asst. United States Attorney

### Attestation of Filer

In addition to myself, the other signatory to this Stipulation is Kevin J. Barry, AUSA. I certify that I have his permission to enter a conformed signature on his behalf and file with the electronic filing system of the Court.

DATED: December 12, 2013

                                                  ___/s/ Jai M. Gohel_____
                                                  JAI  M. GOHEL
                                                  Attorney for Defendant
                                                  DERRICK LANE

## [~~PROPOSED~~] ORDER

Defendant DERRICK LANE is currently scheduled for sentencing on December 17, 2013. Due to some unavoidable delays in preparation of the pre sentence investigation report, the parties seek to continue the sentencing date to January 14, 2014 at 2:30 p.m.

Based upon the foregoing, the Court HEREBY ORDERS that the date for sentencing in this matter be enlarged and set for January 14, 2014 at 2:30 p.m., and that the currently set sentencing hearing set for December 17, 2013 at 2:30 p.m. be vacated.

IT IS SO ORDERED

Dated: 12/13/13

_____
Hon. RICHARD SEEBORG
United States District Judge